1
2
3
4
5
6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7
8

JOHN L. CORRIGAN,

                    Plaintiff,

9
10
11
12
13

                    v.

FRED C. PFLANZ, JUDGE A. HILLE,
SHERIFF D. BARGER, DEPUTY
PROSECUTOR B. SCUDDER, ADAMS
COUNTY, and PAUL L. KIRKPATRICK,

                    Defendants.

NO. CV-08-0333-EFS

**ORDER DENYING PLAINTIFF'S
MOTION FOR CHANGE OF VENUE
AND DENYING AS MOOT
PLAINTIFF'S MOTION TO RECUSE**

14
15
16
17
18
19

       Before the Court, without oral argument, are Plaintiff John L.
Corrigan's Motion to Recuse Judge Robert W. Whaley (Ct. Rec. 15) and
Motion for Change of Venue (Ct. Rec. 18).  After reviewing the submitted
materials and relevant authority, the Court is fully informed.  For the
reasons given below, the Court denies as moot Plaintiff's recusal motion
and denies with leave to renew Plaintiff's Motion for Change of Venue.

20

**A.   Plaintiff's Motion to Recuse Judge Robert W. Whaley**

21
22
23
24
25
26

       Plaintiff filed this action on October 23, 2008; Judge Whaley was
assigned to the case.  On January 23, 2009, Judge Whaley signed an Order
recusing himself from this action.  (Ct. Rec. 13.)  Plaintiff apparently
did not receive the Order prior to filing the motion seeking recusal of
Judge Whaley on January 27, 2009.  Because Judge Whaley is no longer
assigned to this case, Plaintiff's recusal motion is denied as moot.

ORDER ~ 1

**B.   Plaintiff's Motion for Change of Venue**

Plaintiff asks the Court to either transfer this action to a different circuit, transfer the action to a U.S. District Court judge from a different circuit temporarily sitting in the Eastern District of Washington, or transfer the case to Western District of Washington Judge John C. Coughenour.  Plaintiff seeks this request because he contends he cannot receive a fair trial with an Eastern District of Washington judge.

This Court has been uninvolved in Plaintiff's prior litigation proceedings.  Plaintiff failed to establish that the convenience of the parties and witnesses or the interests of justice require assignment to another judge.  28 U.S.C. § 1404(a).  Accordingly, the Court finds transfer to a judge either outside of this district or temporarily sitting in this district is unnecessary.  However, after the pending motions to dismiss are resolved, if Plaintiff deems consolidation appropriate, he may file a motion to consolidate this action with the action presently before Judge Coughenour.

**C.   Conclusion**

For the reasons given above, **IT IS HEREBY ORDERED:**

1.   Plaintiff's Motion to Recuse Judge Robert W. Whaley (**Ct. Rec. 15**) is **DENIED AS MOOT.**

2.   Plaintiff's Motion for Change of Venue (**Ct. Rec. 18**) is **DENIED,** with leave to renew following resolution of the pending motions to dismiss.

///

///

///

ORDER ~ 2

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to Plaintiff and counsel.

**DATED** this 27th   day of February 2009.


                         S/ Edward F. Shea
                         EDWARD F. SHEA
                   United States District Judge

Q:\Civil\2008\0333.recuse.venue.wpd

ORDER ~ 3