AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOHN L. CORRIGAN,

                Plaintiff,

                v.

FRED C. PFLANZ, JUDGE A. HILLE, SHERIFF D. BARGER, DEPUTY PROSECUTOR B. SCUDDER, ADAMS COUNTY, and PAUL L. KIRKPATRICK,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-0333-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants Hille and Scudder are awarded judgment against the Plaintiff in the amount of $13,586.47 pursuant to the Order Granting Defendants' Motion for Order Directing the Issuance of a Judgment entered on October 26, 2011, ECF No. 91.

| | |
|---|---|
| October 26, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |